**LAW OFFICES OF JULIA M. YOUNG**
**JULIA M. YOUNG, SBN 225077**
4120 Douglas Blvd., Suite 306-494
Granite Bay, CA 95746
Tel: (916) 296-0786
Fax: (916) 914-1997

Attorney for Plaintiff
JOSEPH DEVON WILLIAMS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DEVON WILLIAMS,<br><br>  Plaintiff,<br><br>vs.<br><br>K. THOMPSON, BADGE NUMBER 20, Placer County Sheriff Deputy, and Does 1 through 50<br><br>  Defendants. | Case No.:<br><br>**COMPLAIN FOR VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 U.S.C. § 1983** |

Plaintiff, JOSEPH DEVON WILLIAMS, complains and alleges as follows:

## I. JURISDICTION

1. This Complaint seeks, inter alia, damages pursuant to Title 42 U.S.C. sections 1983 and 1988, for violations of Plaintiff's civil rights. Jurisdiction is founded upon Title 28 U.S.C. sections 1331 and 1343. This Court also has supplemental jurisdiction over Plaintiff's state law claims, if any, pursuant to 28 U.S.C. section 1367.

1

## II. VENUE

2. Plaintiff's claims, alleged herein, arose in the County of Placer, State of California. Therefore, venue lies in the Eastern District of California pursuant to 28 U.S.C. section 1391(b)(2).

## III. INTRODUCTION

3. This is a civil rights complaint arising out of an allegation of excessive force against Plaintiff that occurred on or about July 28, 2020, shortly after midnight off of Taylor Road, in Loomis, California.

4. Through this complaint, Plaintiff seeds to recover compensatory damages for the pain and suffering caused by defendant's actions. Specifically, Plaintiff seeks compensation for pain and suffering, emotional distress, and other monetary loss as a result of defendant's negligent and intentional actions. Plaintiff also seeks to recover punitive damages as a result of Defendant's sadistic and malicious actions in allowing his K-9 dog, "Axel" to maul him even when he was not resisting.

## IV. PARTIES

5. Plaintiff, JOSEPH DEVON WILLIAMS, is a resident of the State of Nevada.

6. Defendant, K. THOMPSON, BADGE NUMBER 20, is a Placer County Sheriff's Deputy employed by Placer County Sheriff's Department and is being sued in his individual capacity.

7. The true names and identities of Defendant Does 1 though 50 are presently unknown to Plaintiff. Plaintiff alleges on information and belief that each of the Defendant Does 1 through 50 were employed by Placer County Sheriff's Department at the time of the acts alleged herein.

8. Plaintiff alleges that Does 1 through 50 denied Plaintiff his constitutional right to be free from excessive force. Plaintiff will seek to amend this Complaint as soon as the true names and identities of Defendant 1 through 50 have been ascertained.

### V.   EXHAUSTION OF PRE-LAWSUIT PROCEDURES

9. Plaintiff has exhausted all of his claims as required under federal law by filing a claim form with Placer County within the time frame required.

### VI.   FACTUAL ALLEGATIONS

10. On or about July 28, 2020, shortly after midnight, Defendant, K. Thompson, Badge Number 20, used excessive force against Plaintiff by allowing his K-9 Dog, "Axel" to continue to maul and attack Plaintiff when he was not resisting

11. After being pulled over by Placer County Sheriff's Department, Plaintiff fled from his vehicle. He knew he was surrounded and hid in between fences. He then passed out because he was under the influence of opiates. The next thing he remembers is being ripped apart by a dog. He was taken to Sutter Roseville Hospital for treatment.

12. Because of Defendant's negligent and intentional actions, Plaintiff's was injured and required emergency medical treatment. Plaintiff suffered numerous dog bites to his hands, legs, feet, under his left armpit, right shoulder. A drain was placed in his left armpit to prevent the blood from clotting. Medical personnel told Plaintiff he was lucky to be alive.

13. Plaintiff has scares on his left armpit, the back of his left leg, his left knee, his right should and right hand. He continues to suffer from nightmares as a result of the attack.

3

14. Plaintiff has suffered physical injuries as well as severe emotional distress, pain and suffering and other monetary damages.

## VII.   CLAIMS FOR RELIEF

**FIRST CLAIM FOR RELIEF**
**Excessive Force in Violation of the Fourth Amendment of the United States Constitution**
**(42 U.S.C. § 1983)**
**Against Defendant K. Thompson, Badge Number 20**

15. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 14 as though fully set forth herein.

16. The actions of Defendant, K. Thompson, Badge Number 20, violated Plaintiff's Constitutional Right against excessive force in violation of the Fourth Amendment of the United States Constitution. These rights include the right to be free from excessive force, arbitrary force, and unreasonable use of force against him. Defendant, K. Thompson, Badge Number 20, as the handler of K-9 "Axel", used excessive force against Plaintiff by allowing the dog to attack and maul Plaintiff when he was not resisting and was not a threat to any of the deputies at the scene.

17. The Defendant's actions resulted in a violation of Plaintiff's constitutional right to be free from excessive and unreasonable force.

18. As a direct and proximate result of said acts by Defendant, Plaintiff has endured pain and suffering, emotional distress, and other economic damages.

19. The aforementioned acts and/or omissions of Defendant were malicious and sadistic and undertaken for the purpose of causing harm, thereby entitling Plaintiff to an award of exemplary and punitive damages according to proof.

## VIII.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1. For compensatory, general, and special damages against the Defendant in an amount proven at trial;

2. For punitive and exemplary damages against the Defendant in an amount appropriate to punish the Defendant and deter others from engaging in similar misconduct, as allowed by law:

3. For such other relief, including injunctive and/or declaratory relief, as the Court may deem proper;

4. For costs and reasonable attorneys' fees pursuant to 42 U.S.C. § 1988 and as otherwise authorized by statute or law.

Date: July 28, 2022                             LAW OFFICES OF JULIA M. YOUNG


                                                By:     *Julia M. Young*
                                                        JULIA M. YOUNG
                                                        Attorney for Plaintiff
                                                        JOSEPH DEVON WILLIAMS